

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 DEC -1 PM 3: 20

CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

THE ADMINISTRATIVE COMMITTEE,
Plaintiff

v.

4:14-cv-00825-A
Civil Action No.

GREATBANC TRUST COMPANY, et al.,
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

GreatBanc Trust Company, Salem Trust Company, Pennant Management, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

U.S. Fiduciary Services, Inc. is the sole stockholder of each of the Defendants.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

The shareholders of U.S. Fiduciary Services, Inc.

Dated: December 1, 2014

Respectfully submitted,

/s/ Lars L. Berg
Lars L. Berg
KELLY HART & HALLMAN
210 Main Street, Suite 2500
Fort Worth, TX 76102
Tel: (817) 878-3524
Fax: (817) 878-9280
lars.berg@kellyhart.com

Mark S. Bernstein
mark.bernstein@bfkn.com
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, IL 60606
Tel: (312) 984-3100
Fax: (312) 984.3150

## CERTIFICATE OF SERVICE

I, Lars L. Berg, certify that service of the foregoing *Certificate of Interested Persons* has been made on December 1, 2014, by sending copies by email to:

Michael Brown mike.brown@figdav.com
Bill E. Davidoff bill.davidoff@figdav.com
FIGARI & DAVENPORT LLP
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796

/s/ Lars L. Berg