IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| THE ADMINISTRATIVE COMMITTEE OF THE AMERICAN EXCELSIOR COMPANY EMPLOYEE STOCK OWNERSHIP TRUST, § § § § | |
| Plaintiff, § § | |
| VS. § | NO. 4:14-CV-825-A |
| § | |
| GREATBANC TRUST COMPANY, ET AL., § § | |
| Defendants. § | |

FINAL JUDGMENT AS TO CERTAIN PARTY

In accordance with the court's memorandum opinion and order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, The Administrative Committee of The American Excelsior Company Employee Stock Ownership Trust, against defendant KPMG LLP be, and are hereby, dismissed.

The court further ORDERS, ADJUDGES, and DECREES that KPMG LLP have and recover its court costs from plaintiff.

SIGNED September 30, 2015.

_____
JOHN McBRYDE
United States District Judge