IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| THE ADMINISTRATIVE COMMITTEE OF THE AMERICAN EXCELSIOR COMPANY EMPLOYEE STOCK OWNERSHIP TRUST, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:14-CV-825-A |
| GREATBANC TRUST COMPANY, ET AL., | § § | |
| Defendants. | § | |

FINAL JUDGMENT

Consistent with the stipulation of dismissal filed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, The Administrative Committee of the American Excelsior Company Employee Stock Ownership Trust, against defendants GreatBanc Trust Company, Pennant Management, Inc., and Salem Trust Company be, and are hereby, dismissed without prejudice, each party to bear the attorney's fees and court costs incurred by that party.

SIGNED November 3, 2015.

_____
JOHN McBRYDE
United States District Judge